UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DELBERT WILLIAM LEE, JR.,<br><br>           Defendant. | Case No. 2:16-cr-00102-BLW-1<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE** |

   The Court having before it the Government's Motion for an Order to Dismiss with Prejudice (Dkt. 49), requesting the Court dismiss, with prejudice, Counts 2 and 3 of the Indictment (Dkt. 1) filed in the above-referenced matter on April 19, 2016, for the reason the Government does not wish to proceed and it is in the best interests of justice to dismiss Counts 2 and 3, and having considered the same,

   IT IS ORDERED that the Government's Motion for an Order to Dismiss with Prejudice (Dkt. 49) is GRANTED.

   IT IS FURTHER ORDERED that Counts 2 and 3 of the Indictment filed April 19, 2016, are hereby dismissed with prejudice.

   IT IS FURTHER ORDERED that the pretrial conference presently scheduled for November 17, 2016 be VACATED.



DATED: November 17, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE - 2**